```
Court Name: US District Court/SDWV
Division: 2
Receipt Number: CHAR019604
Cashier ID: msmith
Transaction Date: 10/08/2021
Payer Name: ARVILLE W SARGENT

CRIMINAL DEBT
 For: ARVILLE W SARGENT
 Case/Party: D-WVS-2-13-CR-000050-001
 Amount:         $250.00

PAPER CHECK
 Check/Money Order Num: 3122
 Amt Tendered:   $250.00

Total Due:       $250.00
Total Tendered:  $250.00
Change Amt:      $0.00


Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check.
```